

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00182-CV

| | | |
|---|---|---|
| THOMAS SATTERTHWAITE JR. AND JESSICA SHAW, Appellants | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Denton County (CV-2020-00263-JP) |
| FIRST BANK D/B/A FIRST BANK MORTGAGE AND ITS SUCCESSORS AND ASSIGNS, Appellee | § | July 30, 2020 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel